AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
*Eastern District of Washington*

United States of America,
    Plaintiff,

v.

4570 Navarre-Coulee Road, Chelan, WA,
    Defendant,

Al Mendoza,
    Claimant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-06-321-LRS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial/hearing before the Court. The issues have been tried/heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that:

United States of America is awarded judgment against Defendant/Claimant pursuant to the Findings of Fact and Conclusions of Law entered on June 27, 2008, Ct. Rec. 131; and

Pursuant to the Order entered on July 11, 2008, Ct. Rec. 133, the United States of America is awarded judgment against Attorney Peter D. Dahlin in the amount of $1,365.00 for attorney fees and costs pursuant to FRCP RULE 37(a)(5)(A).

July 17, 2008
*Date*

JAMES R. LARSEN
*Clerk*
s/ Cora Vargas
*(By) Deputy Clerk*
Cora Vargas